# United States Court of Appeals
## For the First Circuit

Nos.  25-1745
      25-1748
      25-1749
      25-1750
      25-1751

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,

Debtors,

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO,

Debtor - Appellee,

CAROL FLATON, in the capacity of Claims Reconciliation Monitor; RAMON ORTIZ, in the capacity of Claims Reconciliation Monitor,

Interested Parties - Appellees,

v.

SIG STRUCTURED PRODUCTS, LLC; ALLIANCE BERNSTEIN LP; ARISTEIA CAPITAL, LLC; BNY MELLON INVESTMENT ADVISER, INC.; CAPITAL RESEARCH AND MANAGEMENT COMPANY; COLUMBIA MANAGEMENT INVESTMENT ADVISERS, LLC; DELAWARE MANAGEMENT COMPANY, a series of Macquarie Investment Management Business Trust; ELLINGTON MANAGEMENT GROUP, LLC.; GOLDMAN SACHS ASSET MANAGEMENT LP; INVESCO ADVISERS, INC.; MACKAY SHIELDS LLC; MFS INVESTMENT MANAGEMENT; OLD ORCHARD CAPITAL MANAGEMENT LP; ONE WILLIAM STREET CAPITAL MANAGEMENT LP; RUSSELL INVESTMENT

COMPANY; T. ROWE PRICE; TOWER BAY ASSET MANAGEMENT; ASSURED GUARANTY INC.; U.S. BANK NATIONAL ASSOCIATION, in the capacity as PREPA Bond Trustee; NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION; GOLDENTREE ASSET MANAGEMENT LP; SYNCORA GUARANTE, INC.,

Respondents - Appellants.

---

## ORDER OF COURT

Entered: October 29, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of Appellants' motions, Appeal Nos. 25-1745, 25-1748, 25-1749, 25-1750, and 25-1751 are consolidated for purposes of briefing and oral argument. See Fed. R. App. P. 3(b)(2). The parties are directed to use the above caption on all future filings related to these cases. The parties shall file their briefs according to the following schedule:

| | |
|---|---|
| Appellants' opening briefs and appendices: | November 18, 2025 |
| Appellees' responsive briefs: | January 20, 2026 |
| Appellants' reply briefs: | February 24, 2026 |

By the Court:

Anastasia Dubrovsky, Clerk

cc: G. Eric Brunstad Jr., Fernando J. Gierbolini-González, Dora Luisa Monserrate-Peñagarícano, Richard James Schell-Gonzalez, Stephen D. Zide, David A. Herman, Hermann D. Bauer-Alvarez, Timothy W. Mungovan, Carla García-Benitez, Margaret Antinori Dale, John E. Roberts, Mark David Harris, Martin J. Bienenstock, Ehud Barak, Paul V. Possinger, Brian S. Rosen, Gabriel A Miranda-Rivera, Daniel Steven Desatnik, Adam Deming, Elliot Rainer Stevens, Israel Fernández-Rodríguez, Juan J. Casillas-Ayala, Luc A. Despins, Juan Carlos Nieves-González, Georg Alexander Bongartz, Eric D. Stolze, Pedro A. Jimenez, Rafael Escalera-Rodriguez, Eric Mark Kay, Carlos R. Rivera-Ortiz, Susheel Kirpalani, Heriberto J. Burgos-Pérez, Miguel A. Estrada, Matthew D. McGill, Ricardo F. Casellas-Sánchez, Diana Pérez-Seda, Howard Robert Hawkins Jr., Mark C. Ellenberg, Casey J. Servais, Lochlan Francis Shelfer, Thomas J. Curtin, William J. Natbony, Eric A. Tulla, Clark T. Whitmore, John T. Duffey, Jason M. Reed, Michael Charles McCarthy, Glenn Kurtz, Lydia Margarita Ramos-Cruz, John K. Cunningham, Thomas Lauria, Manuel Fernández-Bared, Linette Figueroa-Torres, Andrew N. Rosenberg, Karen R. Zeituni, Jose Luis Ramirez-Coll, Nicholas Baker, Sarah E. Phillips, Luis Francisco Del-Valle-Emmanuelli, Chantel L. Febus, Stephen L. Ratner, Steven O. Weise, Eric Pérez-Ochoa, Luis A. Oliver-

Fraticelli, Robert Berezin, Wandymar Burgos-Vargas, Donald B. Verrilli Jr., Susana I. Penagaricano Brown, Ubaldo M. Fernandez, Michael R. Hackett, Ricardo Burgos-Vargas, Laura E. Stafford, Chad Golder, Julia D. Alonzo, Michael A. Firestein, Lary Alan Rappaport, Ginger D. Anders, William D. Dalsen, Adele M. El-Khouri, Kevin J. Perra, Jennifer L. Roche, Rachel G. Miller Ziegler, Guy Brenner, Juan Carlos Ramirez-Ortiz, Ralph C. Ferrara, Ann M. Ashton, Raul Castellanos-Malave, Arturo Diaz-Angueira, Joseph P. Davis III, Jonathan E. Richman, Nancy A. Mitchell, Maria Jennifer DiConza, Luis Fernando Llach Zuniga, John Arrastia Jr., Monsita Lecaroz-Arribas, Jose Rafael Santiago Pereles, Arturo Rafael Negron-Vargas, Alexis Fuentes-Hernandez, Joseph F. Gierbolini-Bonilla, Jose Alberto Sosa-Llorens, Richard A. Chesley, Gregory Silbert